UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| DONALD GLEN LANEY, ) | |
| ) | |
|    *Plaintiff*, ) | Case No. 2:25-cv-17 |
| ) | |
| v. ) | Judge Atchley |
| ) | |
| ) | Magistrate Judge McCook |
| COMISSIONER OF SOCIAL SECURITY ) | |
| ADMINISTRATION, ) | |
| ) | |
|    *Defendant*. ) | |

## ORDER

On January 28, 2026, United States Magistrate Judge Jill E. McCook filed a Report and Recommendation [Doc. 19] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends that Plaintiff's request for remand be denied and that the Commissioner's Motion for Summary Judgment [Doc. 16] be granted. [Doc. 19]. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge McCook's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 19]. Plaintiff's request for remand is **DENIED,** and the Commissioner's Motion for Summary Judgment [Doc. 16] is **GRANTED**. This action is hereby **DISMISSED**. A separate judgment will enter.

---

[1] The Magistrate Judge advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. (Doc. 15 at 33 n.12); *see* FED. R. CIV. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE**